

**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

Page 1

Azaraha Robinson
1411 E. Cliveden Street
Philadelphia, PA 19150
US

Employee Number
Department         PPR Parks and Recreation
Location           One Parkway Bldg, 10th Fl
Payperiod Ending   2025/01/12
Date Payable       2025/01/17
Payment Method     Direct Deposit

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Time Entry Wages | 30.00 | 1,560.28 | Federal Tax | 393.45 | 786.54 |
| Excused Time | 7.50 | 390.06 | Social Security | 245.83 | 491.55 |
| Vacation | 30.00 | 1,560.24 | Medicare | 57.49 | 114.96 |
| Holiday Cash | 7.50 | 390.06 | PA State Tax | 121.72 | 243.39 |
| Longevity Pay | 0.00 | 54.60 | PA Unemployment | 2.78 | 5.55 |
| Imputed Income | 0.00 | 9.66 | Philadelphia | 148.68 | 297.30 |
| **Gross Current Earnings** | | **3,964.90** | | | |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| | | | Pen_Plan Y2 | 253.93 | 507.86 |
| **Gross Retro Earnings** | | | | | |

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 3,964.90 | 7,928.15 | Life Ins Dep | 0.81 | 1.62 |
| Net Earnings | 2,712.14 | 5,424.90 | ADD Ins Supp | 4.07 | 8.14 |
| | | | Life Ins Supp | 14.34 | 28.68 |

| Accruals | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---|
| | | Plan Y | 507.86 | 51,151.96 |
| | | Plan Y2 Tax | 0.00 | 2,958.81 |

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accrual | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Comp Time | 6.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 46.60 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 965.48 |
| Special Comp | 0.00 |
| Vacation | 367.27 |

FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.



**Payslip**
Earnings and Deductions

Page 1



Azaraha Robinson
1411 E. Cliveden Street
Philadelphia, PA 19150
US

Employee Number
Department                PPR Parks and Recreation
Location                  One Parkway Bldg, 10th Fl
Payperiod Ending          2024/12/29
Date Payable              2025/01/03
Payment Method            Direct Deposit

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Time Entry Wages | 37.50 | 1,950.35 | Federal Tax | 393.09 | 393.09 |
| Vacation | 30.00 | 1,560.24 | Social Security | 245.72 | 245.72 |
| Holiday Cash | 7.50 | 390.06 | Medicare | 57.47 | 57.47 |
| Longevity Pay | 0.00 | 54.60 | PA State Tax | 121.67 | 121.67 |
| Imputed Income | 0.00 | 8.00 | PA Unemployment | 2.77 | 2.77 |
|  |  |  | Philadelphia | 148.62 | 148.62 |
| **Gross Current Earnings** |  | **3,963.25** |  |  |  |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
|  |  |  | Pen_Plan Y2 | 253.93 | 253.93 |

**Gross Retro Earnings**

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 3,963.25 | 3,963.25 | ADD Ins Supp | 4.07 | 4.07 |
| Net Earnings | 2,712.76 | 2,712.76 | Life Ins Dep | 0.81 | 0.81 |
|  |  |  | Life Ins Supp | 14.34 | 14.34 |

| Accruals | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | | | | |
|---|---|---|---|---|
| Admin Leave (Expires 30-Jun-2025) | 0.00 | Plan Y | 253.93 | 50,898.03 |
| | | Plan Y2 Tax | 0.00 | 2,958.81 |
| Comp Time | 6.00 | | | |
| Domestic Violence | 0.00 | | | |
| Emergency Comp | 0.00 | | | |
| FMLA | 0.00 | | | |
| Holiday Comp | 46.60 | | | |
| Military Caregiver | 0.00 | | | |
| Military Leave | 225.00 | | | |
| Pandemic Leave | 0.00 | | | |
| Parental Leave | 0.00 | | | |
| Sick | 965.48 | | | |
| Special Comp | 0.00 | | | |
| Vacation | 382.27 | | | |

FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.



**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

Page 1

Azaraha Robinson
1411 E. Cliveden Street
Philadelphia, PA 19150
US

| | |
|---|---|
| Employee Number | |
| Department | PPR Parks and Recreation |
| Location | One Parkway Bldg, 10th Fl |
| Payperiod Ending | 2024/12/15 |
| Date Payable | 2024/12/20 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Time Entry Wages | 67.50 | 3,510.63 | Federal Tax | 393.00 | 10,196.68 |
| Vacation | 7.50 | 390.06 | Social Security | 245.70 | 6,262.52 |
| Longevity Pay | 0.00 | 54.60 | Medicare | 57.46 | 1,464.62 |
| Imputed Income | 0.00 | 7.43 | PA State Tax | 121.66 | 3,095.81 |
| | | | PA Unemployment | 2.78 | 70.59 |
| | | | Philadelphia | 148.61 | 3,787.78 |
| **Gross Current Earnings** | | **3,962.72** | | | |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Retro Assume Time | -60.00 | -3,120.40 | Pen_Plan Y2 | 253.94 | 5,972.02 |
| Retro Time Entry W | 37.50 | 1,950.35 | | | |
| Retro Vacation | 22.50 | 1,170.18 | | | |
| **Gross Retro Earnings** | | **0.13** | | | |

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 3,962.85 | 101,008.31 | Life Ins Supp | 8.49 | 220.74 |
| Net Earnings | 2,723.78 | 69,576.19 | | | |

| Accruals | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---|
| | | Plan Y | 5,972.02 | 50,644.10 |
| | | Plan Y2 Tax | 0.00 | 2,958.81 |

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Comp Time | 6.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 46.60 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 956.11 |
| Special Comp | 0.00 |
| Vacation | 396.65 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**



**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

Page 1

Azaraha Robinson
1411 E. Cliveden Street
Philadelphia, PA 19150
US

| | |
|---|---|
| Employee Number | |
| Department | PPR Parks and Recreation |
| Location | One Parkway Bldg, 10th Fl |
| Payperiod Ending | 2024/12/01 |
| Date Payable | 2024/12/06 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 22.50 | 1,170.21 |
| Vacation | 15.00 | 780.12 |
| Holiday Cash | 15.00 | 780.12 |
| Longevity Pay | 0.00 | 54.60 |
| Imputed Auto Allow | 0.00 | 40.45 |
| Imputed Income | 0.00 | 7.43 |
| Assume Time | 22.50 | 1,170.18 |
| **Gross Current Earnings** | | **4,003.11** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 392.96 | 9,803.68 |
| Social Security | 248.19 | 6,016.82 |
| Medicare | 58.05 | 1,407.16 |
| PA State Tax | 121.65 | 2,974.15 |
| Philadelphia | 150.12 | 3,639.17 |
| PA Unemployment | 2.77 | 67.81 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y2 | 253.93 | 5,718.08 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 4,003.11 | 97,045.46 |
| Net Earnings | 2,719.07 | 66,852.41 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Supp | 8.49 | 212.25 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Comp Time | 6.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 46.60 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 956.11 |
| Special Comp | 0.00 |
| Vacation | 426.65 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 5,718.08 | 50,390.16 |
| Plan Y2 Tax | 0.00 | 2,958.81 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**CITY OF PHILADELPHIA**

**Payslip — Earnings and Deductions**

Page 1

Azaraha Robinson
1411 E. Cliveden Street
Philadelphia, PA 19150
US

| | |
|---|---|
| Employee Number | |
| Department | PPR Parks and Recreation |
| Location | One Parkway Bldg, 10th Fl |
| Payperiod Ending | 2024/11/17 |
| Date Payable | 2024/11/22 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 60.00 | 3,120.56 |
| Vacation | 7.50 | 390.06 |
| Holiday Cash | 7.50 | 390.06 |
| Longevity Pay | 0.00 | 54.60 |
| Imputed Income | 0.00 | 7.43 |
| **Gross Current Earnings** | | **3,962.71** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 392.97 | 9,410.72 |
| Social Security | 245.69 | 5,768.63 |
| Medicare | 57.46 | 1,349.11 |
| PA State Tax | 121.66 | 2,852.50 |
| PA Unemployment | 2.77 | 65.04 |
| Philadelphia | 148.60 | 3,489.05 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y2 | 253.93 | 5,464.15 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,962.71 | 93,042.35 |
| Net Earnings | 2,723.71 | 64,133.34 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Supp | 8.49 | 203.76 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Comp Time | 6.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 46.60 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 956.11 |
| Special Comp | 0.00 |
| Vacation | 441.65 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 5,464.15 | 50,136.23 |
| Plan Y2 Tax | 0.00 | 2,958.81 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**CITY OF PHILADELPHIA**

**Payslip — Earnings and Deductions**

Page 1

Azaraha Robinson
1411 E. Cliveden Street
Philadelphia, PA 19150
US

Employee Number:
Department: PPR Parks and Recreation
Location: One Parkway Bldg, 10th Fl
Payperiod Ending: 2024/11/03
Date Payable: 2024/11/08
Payment Method: Direct Deposit

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 45.00 | 2,340.42 |
| Comp Taken | 15.00 | 780.12 |
| Vacation | 15.00 | 780.12 |
| Longevity Pay | 0.00 | 54.60 |
| Imputed Income | 0.00 | 7.43 |
| **Gross Current Earnings** | | **3,962.69** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 392.97 | 9,017.75 |
| Social Security | 245.69 | 5,522.94 |
| Medicare | 57.45 | 1,291.65 |
| PA State Tax | 121.65 | 2,730.84 |
| PA Unemployment | 2.78 | 62.27 |
| Philadelphia | 148.60 | 3,340.45 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y2 | 253.93 | 5,210.22 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,962.69 | 89,079.64 |
| Net Earnings | 2,723.70 | 61,409.63 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Supp | 8.49 | 195.27 |

**Accruals** — Net Entitlement
The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accrual | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2025) | 0.00 |
| Comp Time | 6.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 46.60 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 946.73 |
| Special Comp | 0.00 |
| Vacation | 433.52 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 5,210.22 | 49,882.30 |
| Plan Y2 Tax | 0.00 | 2,958.81 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.