United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10678-amc |
| Azaraha Robinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Azaraha Robinson, 1411 E Cliveden Street, Philadelphia, PA 19150-3706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: megan.harper@phila.gov | Mar 01 2025 01:47:00 | City of Philadelphi, Attn: Office of Human Resources, 1401 John F Kennedy Blvd., 15th Floor, Philadelphia, PA 19102-1617 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Azaraha Robinson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Feb 28, 2025 Form ID: pdf900 Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Azaraha Robinson, | Case No. 25-10678-AMC |
| | Chapter 13 |
| Debtor. | SSN: xxx-xx-3832 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Azaraha Robinson, it is hereby **ORDERED** that:

1. Debtor's employer, the City of Philadelphia ("the employer") shall pay $850.00 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

   Scott F. Waterman, Chapter 13 Trustee
   P.O. Box 680
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:
**Date: February 28, 2025**

_____
Honorable Ashely M. Chan
Chief Judge, United States Bankruptcy Court

CC: City of Philadelphia
ATTN: Office of Human Resources
1401 John F Kennedy Blvd
15th Floor
Philadelphia, PA 19101