# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Azaraha Robinson, *Debtor*. | Chapter 13<br>Case No. 25-10678-AMC |

## Certificate of Service

I, Michael A. Cibik, certify that on June 24, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: June 24, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**American Neighborhood Mortgage Acceptance Company, LLC**
Attn: Bankruptcy Dept
1 Corporate Drive, Ste 360
Lake Zurich, IL 60047
Method of Service: CM/ECF

**First Atlantic Federal Credit Union**
c/o Rebecca K. McDowell
Saldutti Law Group
1700 Market St., Suite 1005
Philadelphia, PA 19103
Method of Service: CM/ECF

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946
Method of Service: First Class Mail

**U.S. Department of Housing and Urban Development**
801 Market Street
Philadelphia, PA 19107
Method of Service: First Class Mail