**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Azaraha Robinson,<br><br>　　　　　　　　　　Debtor. | Case No. 25-10678-AMC<br>Chapter 13<br>SSN: XXX-XX-3832 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Azaraha Robinson, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: July 24, 2025                           CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com