United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                   Case No. 25-10678-amc

Azaraha Robinson                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 25, 2025 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Azaraha Robinson, 1411 E Cliveden Street, Philadelphia, PA 19150-3706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: megan.harper@phila.gov | Jul 26 2025 00:11:00 | City of Philadelphia, ATTN: Office of Human Resources, 1401 John F Kennedy Blvd, 15th Floor, Philadelphia, PA 19101 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2025                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Azaraha Robinson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REBECCA K. MCDOWELL | on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT L. SALDUTTI | on behalf of Creditor First Atlantic Federal Credit Union rsaldutti@saluttticollect.com lmarciano@saluttticollect.com;pwirth@saluttticollect.com;anovoa@slgcollect.com |

District/off: 0313-2            User: admin            Page 2 of 2

Date Rcvd: Jul 25, 2025            Form ID: pdf900            Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
           ECFMail@ReadingCh13.com

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Azaraha Robinson,<br><br>                                    Debtor. | Case No. 25-10678-AMC<br>Chapter 13<br>SSN: XXX-XX-3832 |

### ORDER DIRECTING EMPLOYER
### TO MAKE WAGE DEDUCTION

Upon motion of Azaraha Robinson, it is hereby **ORDERED** that:

1.  Debtor's employer, the City of Philadelphia ("the employer") shall pay
    $926.75 directly from each of her regular bi-weekly paychecks, to the chapter 13
    trustee at the following address:

    > Scott F. Waterman, Chapter 13 Trustee
    > P.O. Box 680
    > Memphis, TN 38101

2.  The employer will place the Debtor's name and bankruptcy number clearly on all
    remitted payments.

3.  This order terminates upon dismissal or discharge of this case without further
    order of this Court. Otherwise, it can be dissolved or modified only by a
    subsequent court order.

4.  This order supersedes and replaces all previous orders, if any, made to the subject
    employer in this case.

Date:   July 24, 2025

_____
Honorable Ashely M. Chan
Chief Judge, United States Bankruptcy Court

CC: City of Philadelphia
ATTN: Office of Human Resources
1401 John F Kennedy Blvd
15th Floor
Philadelphia, PA 19101