United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Azaraha Robinson  
    Debtor

Case No. 25-10678-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Aug 21, 2025      Form ID: 155      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Azaraha Robinson, 1411 E Cliveden Street, Philadelphia, PA 19150-3706 |
| 14981727 | + | American Neighborhood Mortgage, Acceptance Company, LLC, c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |
| 14980367 | + | Dental Care & Dental Implant Ctr., 7700 Crittenden Street Ste 33A, Philadelphia, PA 19118-4421 |
| 14984022 | + | First Atlantic Federal Credit Union, c/o REBECCA K. MCDOWELL, Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 14984023 | + | First Atlantic Federal Credit Union, c/o ROBERT L. SALDUTTI, Saldutti Law Group, 1700 Market Street, Suite 1005 Philadelphia, PA 19103-3920 |
| 14998420 | | KeyBank NA, 4910 Tiedeman Rd. Brooklyn, OH 44144 |
| 14980380 | + | Odin, 200 Broadway, New York, NY 10038-2595 |
| 14980382 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14980387 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14980391 | + | RMA Philadelphia, 140 Allen Road, Basking Ridge, NJ 07920-2976 |
| 14980390 | + | Rejuvenating Fertility Center, 315 W 57th Street Ste 208, New York, NY 10019-3149 |
| 14980392 | + | Roxborough Urgent Care, 3075 E Imperial Hwy #200, Brea, CA 92821-6753 |
| 14980393 | + | Russo Music, 1989 Arena Drive Ste 3, Trenton, NJ 08610-2400 |
| 14980396 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14980358 | | Email/Text: bncnotifications@pheaa.org | Aug 22 2025 00:53:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14980359 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 22 2025 01:03:10 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15027902 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 01:02:46 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15028159 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 01:02:46 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14981452 | + | Email/Text: EBN@brockandscott.com | Aug 22 2025 00:52:00 | American Neighborhood Mortgage Acceptance Company, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14980363 | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15023571 | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 155 | Total Noticed: 57 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14980360 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2025 01:14:02 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14980361 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 01:03:09 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15002156 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2025 01:03:20 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14980362 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2025 01:02:41 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14980364 | | Email/Text: bankruptcy@philapark.org | Aug 22 2025 00:53:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14980365 | ^ | MEBN | Aug 22 2025 00:41:08 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14980366 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 22 2025 00:53:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14980368 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 22 2025 00:53:00 | Dovenmuehle/annie Mac, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 15002694 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 22 2025 00:53:00 | American Neighborhood Mortgage, Acceptance Company, LLC, Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 14980376 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2025 01:02:28 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15019627 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2025 00:53:00 | Department of Treasury-IRS, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14980369 | | Email/Text: assetrecovery@fafcu.com | Aug 22 2025 00:53:00 | First Atlantic Federal Credit Union, 100 Monmouth Park, West Long Branch, NJ 07764 |
| 14980370 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 22 2025 00:53:00 | GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 14980371 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 22 2025 00:53:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14994588 | + | Email/Text: RASEBN@raslg.com | Aug 22 2025 00:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14980373 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 22 2025 00:50:24 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14980374 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 22 2025 00:53:00 | KeyBank, Attn: Bankruptcy, 4910 Tiedeman Rd, Cleveland, OH 44144-2338 |
| 14984160 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 00:49:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14980375 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 00:49:13 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14980377 | | Email/Text: EBN@Mohela.com | Aug 22 2025 00:53:00 | Mohela, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005 |
| 14984284 | | Email/Text: EBN@Mohela.com | Aug 22 2025 00:53:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14980378 | ^ | MEBN | Aug 22 2025 00:40:42 | Natera Inc, PO Box 889023, Los Angeles, CA 90088-9023 |
| 14980379 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 22 2025 00:49:09 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14980381 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 22 2025 00:53:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15000546 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 22 2025 00:53:00 | PECO, 2301 Market St. 04 NW, Philadelphia, PA 19103-1380 |
| 14980385 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 22 2025 00:52:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15000904 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2025 01:14:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14980383 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2025 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14980690 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2025 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14980384 | ^ | MEBN | Aug 22 2025 00:41:10 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14980386 | ^ | MEBN | Aug 22 2025 00:40:57 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14980388 | | Email/Text: bankruptcy@philapark.org | Aug 22 2025 00:53:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14980389 | + | Email/Text: customerservice@rcservicesllc.org | Aug 22 2025 00:53:00 | Receivable Collections Services, LLC, 170 Jerico Turnpike, Floral Park, NY 11001-2024 |
| 14980395 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 22 2025 00:53:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14980590 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 22 2025 01:14:11 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14980397 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 22 2025 01:01:59 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14980372 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14980394 | ##+ | Temple Health, PO Box 61, Lewiston, ME 04243-0061 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 21, 2025 | Form ID: 155 | Total Noticed: 57 |
| Date: Aug 23, 2025 | Signature:    /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:**

**Name**  **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

MICHAEL A. CIBIK
on behalf of Debtor Azaraha Robinson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

REBECCA K. MCDOWELL
on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT L. SALDUTTI
on behalf of Creditor First Atlantic Federal Credit Union rsaldutti@salduticollect.com lmarciano@salduticollect.com;pwirth@salduticollect.com;anovoa@slgcollect.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Azaraha Robinson<br><br>   Debtor(s). | Case No. 25−10678−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 20, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court