| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 25-10678-AMC**

| | |
|---|---|
| Azaraha Robinson | Petition Filed Date: 02/20/2025 |
| 1411 E Cliveden Street | 341 Hearing Date: 03/21/2025 |
| Philadelphia  PA    19150-3706 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/01/2025 | $1,000.00 | | 05/12/2025 | $1,000.00 | | 07/22/2025 | $925.84 | PHILADELP 35 |

**Total Receipts for the Period: $2,925.84    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,702.59**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $86,486.17 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 002 | Priority Crediors | $151.16 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $8,100.88 | $0.00 | $0.00 |
| 4 | DEPARTMENT OF EDUCATION/MOHELA<br>»» 004 | Unsecured Creditors | $63,939.18 | $0.00 | $0.00 |
| 5 | FIRST ATLANTIC FEDERAL CREDIT UNION<br>»» 005 | Secured Creditors | $3,333.65 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $16,292.30 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 007 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 8 | KEYBANK N.A.<br>»» 008 | Unsecured Creditors | $1,979.83 | $0.00 | $0.00 |
| 9 | PECO ENERGY COMPANY<br>»» 009 | Unsecured Creditors | $1,672.22 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $990.64 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $8,857.78 | $0.00 | $0.00 |
| 12 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $2,674.97 | $0.00 | $0.00 |
| 13 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»» 013 | Mortgage Arrears | $6,168.19 | $0.00 | $0.00 |
| 14 | PHILADELPHIA GAS WORKS<br>»» 014 | Unsecured Creditors | $547.30 | $0.00 | $0.00 |
| 15 | UNITED STATES TREASURY (IRS)<br>»» 015 | Priority Crediors | $0.00 | $0.00 | $0.00 |

| 16 | CITY OF PHILADELPHIA (LD) »» 016 | Secured Creditors | $89.68 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,702.59 | Current Monthly Payment: | $2,022.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,171.09 |
| Paid to Trustee: | $258.64 | Total Plan Base: | $115,061.68 |
| Funds on Hand: | $4,443.95 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.