| Name: | Robinson | | | | | |
|---|---|---|---|---|---|---|
| Loan # | | | Filed Bankruptcy 02/20/25 | | | |

# EXHIBIT A

| Date Posted to Account | Amount Paid | Post-Petition Due Date (Applied To) | Post-Petition Amount Due | Suspense Funds (+/-) | Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | $0.00 | |
| 04/01/25 | $4.93 | | | $4.93 | $4.93 | |
| 04/01/25 | $1,000.00 | | | $1,000.00 | $1,004.93 | |
| 04/01/25 | $1,000.00 | 03/01/25 | $2,000.95 | $(1,000.95) | $3.98 | First pp pmt @: $2,000.95 3/1/2025 |
| 05/06/25 | $64.93 | | | $64.93 | $68.91 | |
| 05/06/25 | $1,000.00 | | | $1,000.00 | $1,068.91 | |
| 05/06/25 | $940.00 | 04/01/25 | $2,000.95 | $(1,060.95) | $7.96 | |
| 06/23/25 | $2,004.93 | 05/01/25 | $2,000.95 | $3.98 | $11.94 | |
| 07/14/25 | $1,000.00 | | | $1,000.00 | $1,011.94 | |
| 07/14/25 | $1,000.00 | 06/01/25 | $2,000.95 | $(1,000.95) | $10.99 | |
| 07/14/25 | $4.93 | | | $4.93 | $15.92 | |
| 08/12/25 | $2,005.00 | 07/01/25 | $2,000.95 | $4.05 | $19.97 | |
| 09/12/25 | $1,005.00 | | | $1,005.00 | $1,024.97 | |
| 09/12/25 | $1,000.00 | 08/01/25 | $2,000.95 | $(1,000.95) | $24.02 | |
| 10/21/25 | $500.00 | | | $500.00 | $524.02 | |
| 10/21/25 | $500.00 | | | $500.00 | $1,024.02 | |
| 12/02/25 | $500.00 | | | $500.00 | $1,524.02 | |
| 12/02/25 | $500.00 | 09/01/25 | $2,000.95 | $(1,500.95) | $23.07 | |
| 12/02/25 | $505.00 | | | $505.00 | $528.07 | |
| 12/02/25 | $500.00 | | | $500.00 | $1,028.07 | |
| 01/13/26 | $2,005.00 | 10/01/25 | $2,000.95 | $4.05 | $1,032.12 | |
| 02/12/26 | $1,000.00 | 11/01/25 | $2,000.95 | $(1,000.95) | $31.17 | |
| 02/12/26 | $5.00 | | | $5.00 | $36.17 | |
| 02/12/26 | $1,000.00 | | | $1,000.00 | $1,036.17 | |
| | | 12/01/25 | $2,000.95 | | | PP Due for: 12/1/2025 |
| | | 01/01/26 | $2,000.95 | | | |
| | | 02/01/26 | $2,000.95 | | | |
| | | Totals: | $6,002.85 | | | PP Delinquency: $6,002.85 |
| | | | | | | Less Suspense: $1,036.17 |
| | | | | | | Total needed to cure delinquency: $4,966.68 |