### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Azaraha Robinson,<br><br>*Debtor.* | Chapter 13<br>Case No. 25-10678-AMC |

### Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtor Azaraha Robinson, by and through her attorney, hereby objects to the Motion for Relief from Stay filed by American Neighborhood Mortgage Acceptance Company, LLC.

Date: March 13, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by American Neighborhood Mortgage Acceptance Company, LLC to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: March 13, 2026

/s/ Michael A. Cibik
Michael A. Cibik