**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>AZARAHA ROBINSON<br>　　　Debtor | Case No. 25-10678-amc |
| American Neighborhood Mortgage Acceptance Company, LLC,<br>　　　Movant | Chapter 13 |
| vs.<br>AZARAHA ROBINSON<br>　　　Respondent | 11 U.S.C. §362 |

**ORDER**

　　　**AND NOW**, this _____ day of _____         ,    2026,    it    is    hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　CHIEF BANKRUPTCY JUDGE


AZARAHA ROBINSON
1411 E CLIVEDEN STREET
PHILADELPHIA, PA 19150

MICHAEL A. CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

SCOTT F. WATERMAN [Chapter 13]
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street  Suite 320
Philadelphia, PA 19107