**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

|  |  |
|---|---|
| Azaraha Robinson,<br><br>*Debtor.* | Chapter 13<br>Case No. 25-10678-AMC |

### Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, Debtor Azaraha Robinson, by and through her attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under Chapter 13 on February 20, 2025.

2. The trustee in this case is Scott F. Waterman.

3. The plan was confirmed on August 21, 2025. It is a 100% plan.

4. Creditor American Neighborhood Mortgage Acceptance Company, LLC recently filed a Motion for Relief From the Automatic Stay ("MFR").

5. A stipulation settling the MFR was granted on April 7, 2026, and the Debtor wants to amend their plan to roll in the post-petition arrears per the stipulation's terms.

6. The proposed plan rolls the post-petition arrears listed in the MFR into the plan, increasing the Debtor's monthly plan payments by $172 per month.

7. The Debtor's monthly mortgage payments recently went up by $789.56 per the Notice of Mortgage Payment Change filed on February 5, 2026.

8. The proposed plan lowers the Debtor's monthly plan payments by $789 to account for the increase in their monthly mortgage payments.

9. The net result of the increase and decrease mentioned above is an overall decrease of $617 to the Debtor's monthly plan payments, resulting in a pro-rata plan.

10. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 52 as the new confirmed plan.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: April 9, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _Michael A. Cibik_
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com