**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Azaraha Robinson,<br><br>*Debtor.* | Chapter 13<br>Case No. 25-10678-AMC |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 53, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 52) is **APPROVED**.

**Date:** _____

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge