**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Azaraha Robinson, | Chapter 13 |
| | Case No. 25-10678-AMC |
| *Debtor.* | |

### Certificate of Service

I, Michael A. Cibik, certify that on April 9, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan

- Motion to Modify Plan After Confirmation and Proposed Order

- Notice of Motion to Modify Plan After Confirmation

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: April 9, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
Chapter 13 Trustee Office
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

**American Heritage Federal Credit Union**
c/o Weltman, Weinberg & Reis Co. LPA
5990 West Creek Road, Suite 200
Independence, OH 44131

**American Neighborhood Mortgage Acceptance Company, LLC**
Attn: Bankruptcy Dept
1 Corporate Drive, Ste 360
Lake Zurich, IL 60047

**First Atlantic Federal Credit Union**
c/o Rebecca K. McDowell
Saldutti Law Group
1700 Market St., Suite 1005
Philadelphia, PA 19103

**Method of Service - First Class Mail:**

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
P.O. Box 790040
Saint Louis, MO 63179-0040

**JPMorgan Chase Bank, N.A.**
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

**KeyBank**
Attn: Bankruptcy
4910 Tiedeman Rd
Cleveland, OH 44144

**LVNV Funding, LLC**
c/o Resurgent Capital Services, LP
P.O. Box 10497
Greenville, SC 29603

**PECO**
2301 Market St. 04 NW
Philadelphia, PA 19103−3778

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

**Philadelphia Gas Works**
800 W Montgomery Ave
Philadelphia, PA 19122-2806

**Porfolio Recovery Associates, LLC**
P.O. Box 41067
Norfolk, VA 23541

**US Dept. of Ed./MOHELA**
633 Spirit Drive
Chesterfield, MO 63005

**U.S. Dept. of H.U.D.**
801 Market Street
Philadelphia, PA 19107

**Water Revenue Bureau**
c/o Pamela Thurmond
Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617