United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 25-10678-amc

Azaraha Robinson                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Azaraha Robinson, 1411 E Cliveden Street, Philadelphia, PA 19150-3706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 08 2026 00:33:00 | United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Azaraha Robinson help@cibiklaw.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 07, 2026                       Form ID: pdf900                               Total Noticed: 2

                    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
                    m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

REBECCA K. MCDOWELL
                    on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com
                    pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT L. SALDUTTI
                    on behalf of Creditor First Atlantic Federal Credit Union rsaldutti@saldutticollect.com
                    lmarciano@saldutticollect.com;pwirth@saldutticollect.com;anovoa@slgcollect.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>AZARAHA ROBINSON<br>     Debtor | Case No. 25-10678-amc |
| American Neighborhood Mortgage Acceptance Company, LLC,<br>     Movant | Chapter 13 |
| vs.<br>AZARAHA ROBINSON<br>     Respondent | 11 U.S.C. §362 |

**ORDER**

    **AND NOW**, this _7th_ day of ___April___ , 2026, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Ashely M. Chan
CHIEF BANKRUPTCY JUDGE

AZARAHA ROBINSON
1411 E CLIVEDEN STREET
PHILADELPHIA, PA 19150

MICHAEL A. CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

SCOTT F. WATERMAN [Chapter 13]
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street  Suite 320
Philadelphia, PA 19107