United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Azaraha Robinson

    Debtor

Case No. 25-10678-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Azaraha Robinson, 1411 E Cliveden Street, Philadelphia, PA 19150-3706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: megan.harper@phila.gov | Apr 14 2026 00:36:00 | City of Philadelphia, ATTN: Office of Human Resources, 1401 John F Kennedy Blvd, 15th Floor, Philadelphia, PA 19101 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Azaraha Robinson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REBECCA K. MCDOWELL | on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |

District/off: 0313-2                          User: admin                                          Page 2 of 2

Date Rcvd: Apr 13, 2026                       Form ID: pdf900                                 Total Noticed: 2

ROBERT L. SALDUTTI
                        on behalf of Creditor First Atlantic Federal Credit Union rsaldutti@saldutticollect.com
                        lmarciano@saldutticollect.com;pwirth@saldutticollect.com;anovoa@slgcollect.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

|  |  |
|---|---|
| Azaraha Robinson,<br><br>Debtor. | Case No. 25-10678-AMC<br>Chapter 13<br>SSN: XXX-XX-3832 |

## ORDER DIRECTING EMPLOYER
## TO MAKE WAGE DEDUCTION

Upon motion of Azaraha Robinson, it is hereby **ORDERED** that:

1. Debtor's employer, the City of Philadelphia ("the employer") shall pay $639.91 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    > Scott F. Waterman, Chapter 13 Trustee
    > P.O. Box 680
    > Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: April 10, 2026

_____
Honorable Ashely M. Chan
Chief Judge, United States Bankruptcy Court

CC: City of Philadelphia
ATTN: Office of Human Resources
1401 John F Kennedy Blvd
15th Floor
Philadelphia, PA 19101