**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

|  |  |
|---|---|
| Azaraha Robinson,<br><br>       *Debtor.* | Chapter 13<br>Case No. 25-10678-AMC |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 53, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 52) is **APPROVED**.

**Date:** April 30, 2026

         Honorable Ashely M. Chan
         Chief U.S. Bankruptcy Judge