United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10678-amc

Azaraha Robinson                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                  Page 1 of 2

Date Rcvd: Apr 30, 2026                        Form ID: pdf900                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Azaraha Robinson, 1411 E Cliveden Street, Philadelphia, PA 19150-3706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Azaraha Robinson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REBECCA K. MCDOWELL | on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT L. SALDUTTI | on behalf of Creditor First Atlantic Federal Credit Union rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;pwirth@saldutticollect.com;anovoa@slgcollect.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-2                               User: admin                                    Page 2 of 2
Date Rcvd: Apr 30, 2026                            Form ID: pdf900                               Total Noticed: 1

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Azaraha Robinson,<br><br>                                     *Debtor*. | Chapter 13<br>Case No. 25-10678-AMC |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (doc. # 53, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 52) is **APPROVED**.

**Date:** April 30, 2026

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge