Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Azaraha Robinson
1411 E Cliveden Street
Philadelphia, PA 19150-3706

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-10678-AMC**

Petition Filed Date: 02/20/2025
341 Hearing Date: 03/21/2025
Confirmation Date: 08/20/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $926.75 | 135705 | 08/22/2025 | $850.00 | 135837 | 09/03/2025 | $850.00 | 135988 |
| 09/16/2025 | $850.00 | 136140 | 09/30/2025 | $850.00 | 136276 | 10/16/2025 | $850.00 | 136440 |
| 10/28/2025 | $850.00 | 136592 | 11/13/2025 | $850.00 | 136737 | 11/26/2025 | $850.00 | 136881 |
| 12/09/2025 | $850.00 | 137026 | 12/30/2025 | $850.00 | 137174 | 01/09/2026 | $850.00 | 137321 |
| 01/26/2026 | $850.00 | 137449 | 02/10/2026 | $850.00 | 137578 | 02/24/2026 | $850.00 | 137698 |
| 03/03/2026 | $850.00 | 137834 | 03/18/2026 | $850.00 | 137988 | 04/03/2026 | $850.00 | 138144 |
| 04/15/2026 | $850.00 | 138294 | 04/29/2026 | $850.00 | 138444 | 05/15/2026 | $850.00 | 138590 |
| 05/28/2026 | $850.00 | 138749 | 06/10/2026 | $639.91 | 138907 | 06/23/2026 | $639.91 | 139013 |
| 06/30/2026 | $639.91 | 139125 | 07/15/2026 | $639.91 | 139333 | 07/30/2026 | $639.91 | 139500 |

**Total Receipts for the Period: $21,976.30 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $25,542.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 002 | Priority Crediors | $151.16 | $151.16 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $8,100.88 | $0.00 | $8,100.88 |
| 4 | DEPARTMENT OF EDUCATION/MOHELA<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | FIRST ATLANTIC FEDERAL CREDIT UNION<br>»» 005 | Secured Creditors | $51,599.99 | $16,220.97 | $35,379.02 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 006 | Unsecured Creditors | $16,292.30 | $0.00 | $16,292.30 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 007 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 8 | KEYBANK N.A.<br>»» 008 | Unsecured Creditors | $1,979.83 | $0.00 | $1,979.83 |
| 9 | PECO ENERGY COMPANY<br>»» 009 | Unsecured Creditors | $1,672.22 | $0.00 | $1,672.22 |

**Chapter 13 Case No. 25-10678-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $990.64 | $0.00 | $990.64 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $8,857.78 | $0.00 | $8,857.78 |
| 12 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 012 | Unsecured Creditors | $2,674.97 | $0.00 | $2,674.97 |
| 13 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»» 013 | Mortgage Arrears | $6,168.19 | $1,939.02 | $4,229.17 |
| 14 | PHILADELPHIA GAS WORKS<br>»» 014 | Unsecured Creditors | $547.30 | $0.00 | $547.30 |
| 15 | UNITED STATES TREASURY (IRS)<br>»» 015 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $89.68 | $18.19 | $71.49 |
| 17 | CORNERSTONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CCS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | DENTAL CARE & IMPLANT CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | NATERA INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | RECEIVABLE COLLECTION SERVICES LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | REJUVINATE FERTILITY CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | RMA PHILADELPHIA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | ROXBOROUGH URGENT CARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | RUSSO MUSIC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | TEMPLE HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»» 13P | Secured Creditors | $7,301.19 | $1,020.55 | $6,280.64 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,542.05 | Current Monthly Payment: | $1,405.00 |
| Paid to Claims: | $23,724.89 | Arrearages: | ($769.46) |
| Paid to Trustee: | $1,807.16 | Total Plan Base: | $83,782.59 |
| Funds on Hand: | $10.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.